**LIBERTY & FREEDOM**
**LEGAL GROUP, LTD**

October 9, 2025

**VIA ECF**
Hon. Dale E. Ho
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

     Re: *Juca et al. v. Aviles-Ramos et al.*, 25-cv-06972

Dear Judge Ho:

As you may recall, the undersigned represents the Plaintiffs in the above-referenced matter, brought under, *inter alia*, the Individuals with Disabilities Education Act ("IDEA"). I am writing to update the Court on each Plaintiff-Student's pendency status as of today.

Since the filing of Plaintiffs' Complaint on August 22, 2025 (Dkt. No. 1) the DOE has failed to issue any payments for tuition transportation or nursing services for the 2025–2026 school year. The total outstanding pendency obligations now exceed $177,773.72 for this matter alone.

As detailed in the Declaration of Dr. Daniel Sebbag attached hereto as Exhibit 1, the DOE currently owes the following pendency amounts for the Juca Plaintiffs:

| Tuition Owed | Transportation and Nursing Owed | Total Owed |
|---|---|---|
| $177,773.72 | $0.00 | $177,773.72 |

These figures exclude late fees and reflect only the current school year. No payments have been issued despite repeated authorization and outreach. The Sebbag Declaration confirms that iBRAIN, the pendency placement for these Students, is facing imminent collapse due to the DOE's continued nonpayment with payroll obligations exceeding $1 million due on October 15, 2025. Without immediate relief the program risks closure displacing over 50 medically fragile students.

This financial crisis meets the standard for irreparable harm under the IDEA as articulated by the Second Circuit in *Mendez v. Banks*, 65 F.4th 56 (2d Cir. 2023). There the Court held that irreparable harm requires a showing of imminent and concrete injury, not speculative or generalized hardship. *Id.* at 63. Plaintiffs here have submitted unrebutted evidence of program

wide collapse staff layoffs and disruption of essential services if payments are not immediately compelled. The harm is no longer speculative or theoretical; it is imminent and measurable.

Accordingly, Plaintiffs respectfully request that the Court grant the pending motion and order DOE to immediately issue payments for the outstanding tuition, transportation, and nursing services.

We thank the Court for its continued attention to this urgent matter.

Respectfully submitted,

*Nicole Lancia*

Nicole Lancia

Cc: All Counsel of Record via ECF.