UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Jhoana Juca, et al.,<br><br>                    Plaintiffs,<br><br>              v.<br><br>Melissa Aviles-Ramos, et al.,<br><br>                    Defendants. | 25-CV-6972 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

The Court is in receipt of Plaintiffs' second request for emergency relief in this case, ECF No. 32, and Defendants' Memorandum of Law in Opposition, ECF No. 36. The Court **DENIES** Plaintiffs' request because she has not established irreparable harm on the current record. Faced with similar records, other courts in this District have ordered additional discovery rather than granting relief on the basis the evidence in the record before the court. *See Frias v. Aviles-Ramos, et al.*, No. 25 Civ. 5936, ECF No. 61 (S.D.N.Y. Feb. 24, 2026); *Abreu v. Aviles-Ramos*, 25 Civ. 5499, ECF No. 65 (S.D.N.Y. March 3, 2026). Because the burden is on the Plaintiff as the party seeking relief, the court declines to order additional discovery, but instead concludes, as it did in its order on Plaintiff's first request for emergency relief, *see* Memorandum Opinion and Order Denying Emergency Motion for Preliminary Injunction, ECF No. 26, that Plaintiff's motion should be denied based on the failure to establish irreparable harm on the current record.

SO ORDERED.

Dated: March 5, 2026
       New York, New York

_____
DALE E. HO
United States District Judge