UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------X
JHOANA JUCA,

                                        25-CV-6972 (DEH) (VF)

                        Plaintiff,

                                        **ORDER**

        -against-

MELISSA AVILES-RAMOS, et al.,

                        Defendants.
--------------------------------------------------------------------X
**VALERIE FIGUEREDO, United States Magistrate Judge:**

        Defendants are hereby directed to answer or otherwise respond to the complaint (see ECF

No. 1) by **Monday, April 13, 2026**.

        **SO ORDERED.**

DATED:        New York, New York
              March 13, 2026

_____

VALERIE FIGUEREDO
United States Magistrate Judge