

# THE CITY OF NEW YORK
## LAW DEPARTMENT

**STEVEN BANKS**
*Corporation Counsel*

100 CHURCH STREET
NEW YORK, NY 10007

**David Kaplan**
Phone: (212) 356-1175
Dakaplan@law.nyc.gov

**BY ECF**
Hon. Valerie Figueredo
United States Magistrate Judge                    April 10, 2026
Daniel Patrick Moynihan
United States Court House
500 Pearl Street, Room 1660
New York, NY 10007

> Re:   *Juca v. Aviles-Ramos et al.*
>         25-cv-06972 (DEH)(VF)

Dear Judge Figueredo:

This office represents Defendants in the above referenced action.

I write to respectfully request that the Court stays Defendants' response to the Complaint until Plaintiff's pending appeal to the Second Circuit is adjudicated. As the Court is aware, Plaintiff has appealed this Court's denial of her third request for a Temporary Restraining Order, and this appeal has been referred to a Second Circuit panel. *See* ECF No. 42. As this decision relates to the substance of this case, and could have a material impact as to how it proceeds, it is in the interest of judicial economy to allow for that appeal to be determined before the case advances. Plaintiff was not able to provide a response on consent to this request at this time.

Alternatively, if the Court denies a stay, Defendants respectfully request that the Court adopt the following briefing schedule for Defendants' anticipated motion to dismiss. This extension will allow for Defendants' additional time to properly interpose their response in light of several emergency motions in this matter and other matters assigned to counsel. Plaintiff consents to this briefing schedule. The proposed schedule is as follows:

May 14, 2026: Defendants to file their Motion to Dismiss;

June 15, 2026: Plaintiff to file her Opposition to Defendants' Motion to Dismiss;

July 7, 2026: Defendants to file their Reply, if any.

Thus, Defendants respectfully request that the Court stays Defendants' response in this matter while Plaintiff's Second Circuit appeal is pending, or otherwise adopts the above briefing schedule for Defendants' motion to dismiss.

Thank you for Your Honor's consideration

Respectfully,

s/ *David Kaplan*

David Kaplan
Assistant Corporation Counsel
New York City Law Department
100 Church Street
New York, NY 10007

Cc: Nicole Lancia, Esq.
    Liberty & Freedom Legal Group
    105 East 34th Street, #190
    New York, NY 10016
    *Via ECF*

---

**MEMO ENDORSED**

**HON. VALERIE FIGUEREDO
UNITED STATES MAGISTRATE JUDGE**

**Dated: April 13, 2026**

The requested stay is GRANTED. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 47.