UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Johana Juca, et al.,

                           Plaintiffs,

              v.

Melissa Aviles-Ramos, et al.,

                           Defendants.

25-CV-6972 (DEH)

ORDER

DALE E. HO, United States District Judge:

The Court is in receipt of Plaintiffs' motion for relief made under Rule 62.1, ECF No. 50, the Declaration of Zeal Patel in support of Plaintiffs' motion, ECF No. 51, and Defendants' letter in opposition, ECF No. 55.

"[I]n order to seek injunctive relief, a plaintiff must show the three familiar elements of standing: injury in fact, causation, and redressability." *Cachillo v. Insmed, Inc.*, 638 F.3d 401, 404 (2d Cir. 2011). Plaintiffs have represented that iBRAIN has closed because of failure to meet payroll and multiple months of unpaid rent obligations. ECF No. 51 ¶¶ 4, 14, 15. Therefore, Plaintiffs have not shown redressability based on the current record, as there is no indication that granting the requested relief as to the Plaintiffs in this case would cause the school to resume operations. Accordingly, Plaintiffs' motion is **DENIED**.

The Clerk of Court is respectfully directed to close ECF No. 50.

SO ORDERED.

Dated: April 30, 2026
       New York, New York

_____
       DALE E. HO
       United States District Judge