UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EILEEN MENDEZ, as Parent and Natural Guardian of A.C., and Individually,

                              Plaintiff,

               v.

MELISSA AVILES-RAMOS, in her official capacity as Chancellor of the New York City Department of Education, et al.,

                              Defendants.

CIVIL ACTION NO. 25 Civ. 5746 (CM) (SLC)

MARIYA ZAFRANI, as Parent and Natural Guardian of A.Z., and Individually,

                              Plaintiff,

               v.

KAMAR SAMUELS, in his official capacity as Chancellor of the New York City Department of Education, et al.,

                              Defendants

CIVIL ACTION NO. 25 Civ. 9772 (MMG) (SLC)

JHOANA JUCA, as Parent and Natural Guardian of K.A., and Individually,

                              Plaintiff,

               v.

MELISSA AVILES-RAMOS, in her official capacity as Chancellor of the New York City Department of Education, et al.,

                              Defendants

CIVIL ACTION NO. 25 Civ. 6972 (DEH) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

There is presently a telephone conference to discuss the status of discovery scheduled for

**May 19, 2026 at 11:00 a.m. ET** (the "Mendez Conference") in the action captioned Mendez v.

1

Aviles-Ramos et al., No. 25 Civ. 5746 (S.D.N.Y.) (CM) (SLC) ("Mendez").  (Mendez, Dkt. No. 94). The following two cases have now also been referred to the undersigned for consolidated discovery:

(i)  Zafrani v. Samuels et al., No. 25 Civ. 9772 (S.D.N.Y.) (MMG) (SLC) ("Zafrani"); and

(ii)  Juca v. Aviles-Ramos et al., No. 25 Civ. 6972 (S.D.N.Y.) (DEH) (SLC) ("Juca").

(Zafrani, Dkt. No. 74; Juca, Dkt. No. 57).

Specifically, Zafrani and Juca have been referred to the undersigned "for the purposes of consolidated discovery concerning iBrain's financial position, the services it and affiliates are providing to enrolled students and the minor child[ren] in [Zafrani and Juca] (including nursing and transportation services), and the relationship between (i) the services iBrain/affiliates are able to provide the minor child[ren] [in Zafrani and Juca], (ii) its finances, and (iii) the DOE's payment practices." (Zafrani, Dkt. No. 74; Juca, Dkt. No. 57).

Accordingly, the parties in Zafrani and Juca are **ORDERED** to attend the Mendez Conference.  Counsel for the parties are directed to call (855) 244-8681; access code: 2308 226 4654, at the scheduled time.

Dated:      New York, New York
            May 14, 2026                      SO ORDERED.

_____
SARAH L. CAVE
**United States Magistrate Judge**

2