UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EILEEN MENDEZ, as Parent and Natural Guardian of A.C., and Individually,<br>Plaintiff,<br>v.<br>MELISSA AVILES-RAMOS, in her official capacity as Chancellor of the New York City Department of Education, et al.,<br>Defendants. | CIVIL ACTION NO. 25 Civ. 5746 (CM) (SLC) |
| MARIYA ZAFRANI, as Parent and Natural Guardian of A.Z., and Individually,<br>Plaintiff,<br>v.<br>KAMAR SAMUELS, in his official capacity as Chancellor of the New York City Department of Education, et al.,<br>Defendants. | CIVIL ACTION NO. 25 Civ. 9772 (MMG) (SLC) |
| JHOANA JUCA, as Parent and Natural Guardian of K.A., and Individually,<br>Plaintiff,<br>v.<br>MELISSA AVILES-RAMOS, in her official capacity as Chancellor of the New York City Department of Education, et al.,<br>Defendants. | CIVIL ACTION NO. 25 Civ. 6972 (DEH) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

The Court is in receipt of the letter at Dkt. No. 136 filed by Defendants Melissa Aviles-Ramos and The New York City Department of Education (together, "Defendants") in Mendez v. Aviles Ramos, No. 25 Civ. 5746 (S.D.N.Y.) (CM) (SLC) ("Mendez") informing the Court that nonparty Sisters Travel and Transportation Services, LLC ("Sisters") failed to appear for its Court

Ordered deposition on September 30, 2026. (Dkt. No. 136 (the "Letter")).[1] Although Defendants only filed the Letter in Mendez, (Mendez, Dkt. No. 136), the Court deems the Letter to also apply to the other two cases referred to the undersigned for consolidated discovery: (i) Zafrani v. Samuels, No. 25 Civ. 9772 (S.D.N.Y.) (MMG) (SLC) ("Zafrani"); and (ii) Juca v. Aviles-Ramos, No. 25 Civ. 6972 (S.D.N.Y.) (DEH) (SLC) ("Juca"). Accordingly, the Court attaches a copy of the Letter to this Order as "Exhibit A" and dockets this Order in all three cases.

**For future filings related to the consolidated discovery in Mendez, Zafrani, and Juca, including the filings related to the Contempt Motion (see infra), the parties and the Witnesses shall docket those filings in all three cases.**

On September 4, 2026, Defendants requested that the Court hold the Witnesses in "civil contempt for failing to meaningfully comply with the Hon. Colleen McMahon's unequivocal October 30, 2025 [Dkt. No. 39] Order as it pertains to discovery[.]" (Mendez, Dkt. No. 123 (the "Contempt Motion")). The Court held in abeyance the Contempt Motion pending the Court Ordered depositions of the Witnesses (Mendez, Dkt. Nos. 127; 129; Zafrani, Dkt. Nos. 108; 110; Juca, Dkt. Nos. 73; 75 (the "Witness Depositions")). (Mendez, Dkt. No. 124 at 5; Zafrani, Dkt. No. 105 at 5; Juca, Dkt. No. 72 at 5).

The Court also held in abeyance the motion to withdraw (Dkt. No. 120 (the "MTW")) filed by Andrew L. Kincaid, Esq. ("Mr. Kincaid"), counsel for the Witnesses, pending the Witness Depositions. (Mendez, Dkt. No. 124 at 4; Zafrani, Dkt. No. 105 at 4; Juca, Dkt. No. 72 at 4).

[1] On September 25, 2026, Defendants filed a similar letter informing the Court that nonparty International Institute of the Brain, Ltd. ("iBrain," together with Sisters, the "Witnesses") also failed to appear for its Court Ordered deposition on September 25, 2026. (Mendez, Dkt. No. 135; Zafrani, Dkt. No. 112; Juca, Dkt. No. 78).

The Court also held in abeyance the Witnesses' request for "protection against use or dissemination of the Witnesses' confidential productions outside these three consolidated-discovery matters absent further Court order" (the "Confidentiality Request") pending the Witness Depositions. (Mendez, Dkt. No. 133; Zafrani, Dkt. No. 111; Juca, Dkt. No. 77).

Given that both Witnesses did not appear for the Witness Depositions, (Mendez, Dkt. Nos. 135–36; Zafrani, Dkt. No. 112; Juca, Dkt. No. 78), and the Court warned the Witnesses that failure to appear for the Witness Depositions "may result in the Court holding them in civil contempt," (Mendez, Dkt. Nos. 124 ¶ 5; Zafrani, Dkt. No. 105 ¶ 5; Juca, Dkt. No. 72 ¶ 5), the Court sets the following briefing schedule on the Contempt Motion:

1. By **October 15, 2026**, Defendants shall file the Contempt Motion.
2. By **October 29, 2026**, the Witnesses shall file their response.
3. By **November 5, 2026**, Defendants shall file their reply.

An in-person hearing to discuss the Contempt Motion is scheduled for **November 18, 2026 at 10:00 a.m. ET** (the "Hearing") in Courtroom 18A, 500 Pearl Street, New York NY 10007. Any participant requesting permission to bring an electronic device (e.g., cellphone, laptop, tablet) into the Courthouse for use at the Hearing must email to Chambers (Cave_NYSDChambers@nysd.uscourts.gov) a completed Electronic Device Order on or before **November 11, 2026**. The Electronic Device Order form is available on the Court's website at https://nysd.uscourts.gov/forms/fillable-form-electronic-devices-general-purpose.

Given that the Court must proceed with the Contempt Motion, and the Witnesses may not appear without counsel, see Rowland v. Cal. Men's Colony, Unit II Men's Advisory Council, 506 U.S. 194, 202–03 (1993) (noting that courts do not allow partnerships, corporations, or

associations to appear in court without a licensed attorney), the MTW is **DENIED WITHOUT PREJUDICE** pending the conclusion of the contempt proceedings. Mr. Kincaid shall adhere to the briefing schedule on the Contempt Motion set forth above and shall appear for the Hearing.

Finally, the Confidentiality Request is **DENIED** as moot.

The Clerk of Court is respectfully directed to:

1. Close Dkt. No. 120; and
2. Docket this Order in Mendez, Zafrani, and Juca.

Dated: New York, New York
October 1, 2026

SO ORDERED.

**SARAH L. CAVE**
**United States Magistrate Judge**

# EXHIBIT A

**Steven Banks**
***Corporation Counsel***

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**Eric Teszler**
***Assistant Corporation Counsel***
Office: (212) 356-1652

September 30, 2026

**VIA ECF**
Hon. Sarah L. Cave
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007

*Re:* *Mendez, et al. v. Aviles-Ramos, et al.*, 25-cv-05746 (CM)(SLC)

Dear Judge Cave:

I am an Assistant Corporation Counsel in the Office of Steven Banks, Corporation Counsel of the City of New York, attorney for Defendants in the above-referenced action.

Pursuant to Your Honor's Order dated September 28, 2026 (Dkt. No. 135), Defendants write to inform the Court that Sisters Travel and Transportation Services, LLC failed to appear for the 30(b)(6) deposition that was scheduled to begin earlier today at 10:30 a.m. at 100 Church Street, New York, New York 10007, thereby violating the Court's Orders dated September 10, 2026 (Dkt. No. 124), September 16, 2026 (Dkt. No. 127), and September 24, 2026 (Dkt. No. 133).

Defendants thank the Court for considering this submission.

Respectfully submitted,

*/s/ Eric Teszler*
Eric Teszler, Esq.
Assistant Corporation Counsel

cc: All counsel of record (via ECF)
Andrew Kincaid, Esq. (via ECF)